**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PETER VEGA,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 1:22-593** |
| **v.** | : | **(JUDGE MANNION)** |
| **DR. BADDICK, *et al.*,** | : | |
| **Defendants** | : | |

# MEMORANDUM

Presently before the court in this prisoner civil rights case are motions for summary judgment filed by all defendants other than defendant Little and a motion to dismiss filed by defendant Little. For the reasons set forth below the motions for summary judgment will be granted, summary judgment will be granted to all defendants, and this case will be closed.

## I. BACKGROUND

Plaintiff, Peter Vega, filed this case on April 22, 2022, alleging generally that defendants were deliberately indifferent and committed malpractice when they failed to adequately treat his liver, kidney, and stomach conditions. (Doc. 1). The case was initially assigned to United States District Judge Christopher C. Conner.

Following two rounds of motions to dismiss, Judge Conner issued a memorandum and order on March 11, 2024, dismissing Vega's claims

against all defendants except Baddick, Bora Saikia, Loscalzo, Williams, O'Brien, and Shah. (Docs. 109-10). Plaintiff's amended complaint, filed on May 4, 2023, remains the operative complaint. (*See* Doc. 59). All remaining defendants have answered the amended complaint. (Docs. 76, 115).

On July 2, 2024, Shah filed a motion to dismiss the amended complaint. (Doc. 123). Shah then filed a motion for summary judgment on September 27, 2024. (Doc. 131). All other defendants moved for judgment on the pleadings on September 30, 2024. (Doc. 133).

On November 21, 2024, defendants Baddick, Bora Saikia, Loscalzo, Williams, and O'Brien ("Wellpath Defendants") filed a suggestion of bankruptcy and notice of stay, noting that the company that employed them during the relevant period, Wellpath LLC, filed a voluntary petition for bankruptcy relief in the United States Bankruptcy Court for the Southern District of Texas and that the case was therefore subject to an automatic stay pursuant to 11 U.S.C. 362. (Doc. 143). The case was reassigned to the undersigned on January 21, 2025, following Judge Conner's retirement from the court. The court then granted Wellpath Defendants' motion to stay the case on February 6, 2025, and stayed and administratively closed the case. (Doc. 155).

On May 28, 2025, Wellpath Defendants provided a status report stating that the automatic stay no longer applied to this case in light of the bankruptcy court's May 1, 2025, order approving Wellpath's Chapter 11 plan of reorganization. (Doc. 156). The court accordingly lifted the stay and reopened the case on June 26, 2025. (Doc. 157).

On December 19, 2025, the court granted defendant Shah's motion to dismiss Vega's state law claims based on his failure to file a certificate of merit in accordance with Pennsylvania Rule of Civil Procedure 1042.3, denied Shah's motion for summary judgment without prejudice to the filing of a second motion for summary judgment based on his failure to file an accompanying statement of material facts, and denied the motion for judgment on the pleadings filed by the other defendants. (Docs. 163-64).

Defendant Shah filed a second motion for summary judgment on March 2, 2026, along with a statement of material facts and a supporting brief. (Doc. 171). Defendants Baddick, Bora Saikia, Loscalzo, Williams, and O'Brien filed a separate motion for summary judgment on March 16, 2026. (Doc. 174). They filed a supporting brief and a statement of material facts in connection with the motion on April 6, 2026. (Docs. 180-81). Vega filed a brief in opposition to Shah's motion for summary judgment on May 5, 2026, and a brief in opposition to the other defendants' motion for summary

judgment on June 9, 2026. (Docs. 184, 188). Vega has not responded to either statement of material facts as required by Local Rule 56.1.

On May 6, 2026, defendant Little, who was not previously served with process, moved to dismiss the amended complaint to the extent it asserts claims against him because he is not named as a defendant in any capacity in the amended complaint, despite being a listed defendant on the docket of the case. (Docs. 186-87). Vega has not opposed the motion to dismiss.

## II. STANDARD OF REVIEW

Summary judgment is appropriate "if the pleadings, the discovery [including depositions, answers to interrogatories, and admissions on file] and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c); *see also Celotex Corp. v. Catrett*, 477 U.S. 317, 322-23 (1986). A factual dispute is genuine if a reasonable jury could find for the non-moving party, and is material if it will affect the outcome of the trial under governing substantive law. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248, 254 (1986); *Aetna Cas. & Sur. Co. v. Ericksen*, 903 F. Supp. 836, 838 (M.D. Pa. 1995). At the summary judgment stage, "the judge's function is not himself to weigh the evidence and determine the truth of the matter but to determine whether there is a genuine

issue for trial." *Anderson*, 477 U.S. at 249; *see also Marino v. Indus. Crating Co.*, 358 F.3d 241, 247 (3d Cir. 2004) (a court may not weigh the evidence or make credibility determinations). The court must consider all evidence and inferences drawn therefrom in the light most favorable to the non-moving party. *Andreoli v. Gates*, 482 F.3d 641, 647 (3d Cir. 2007).

To prevail on summary judgment, the moving party must affirmatively identify those portions of the record which demonstrate the absence of a genuine issue of material fact. *Celotex*, 477 U.S. at 323-24. The moving party can discharge that burden by showing that "on all the essential elements of its case on which it bears the burden of proof at trial, no reasonable jury could find for the non-moving party." *In re Bressman*, 327 F.3d 229, 238 (3d Cir. 2003); *see also Celotex*, 477 U.S. at 325. If the moving party meets this initial burden, the non-moving party "must do more than simply show that there is some metaphysical doubt as to material facts," but must show sufficient evidence to support a jury verdict in its favor. *Boyle v. County of Allegheny*, 139 F.3d 386, 393 (3d Cir. 1998) (quoting *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986)). If the non-moving party "fails to make a showing sufficient to establish the existence of an element essential to [the non-movant's] case, and on which [the non-movant] will bear the burden of proof at trial," Rule 56 mandates the entry of summary

judgment because such a failure "necessarily renders all other facts immaterial." *Celotex*, 477 U.S. at 322-23; *Jakimas v. Hoffman-La Roche, Inc.*, 485 F.3d 770, 777 (3d Cir. 2007).

## III. MATERIAL FACTS[1]

On February 12, 2020, defendant Loscalzo, a doctor at SCI-Mahanoy, saw Vega for management of his dyslipidemia[2] and hypertension and cardiac care. (Doc. 181 ¶1). On April 14, 2020, registered nurse ("RN")

---

[1] Local Rule 56.1 requires a motion for summary judgment to "be accompanied by a separate, short and concise statement of the material facts, in numbered paragraphs, as to which the moving party contends there is no genuine issue to be tried" and requires that the party opposing a motion for summary judgment file a statement responding to the numbered paragraphs in the movant's statement of material facts, which "shall include references to the parts of the record" that support the nonmovant's opposition to the motion. M.D. Pa. L.R. 56.1. If a non-moving party fails to respond as required by Local Rule 56.1, the facts asserted in the moving party's statement are "deemed to be admitted." *Id.* In this case, defendants filed statements of material facts as required by Local Rule 56.1., (Doc. 171 at 2-6; Doc. 181), but Vega has not responded to either statement. The facts included in defendants' statements are accordingly deemed admitted for the purpose of resolving the motions for summary judgment. M.D. Pa. L.R. 56.1. The court cites directly to defendants' statements as to any facts included in the statements.

[2] "Dyslipidemia is a metabolic disorder characterized by abnormally high or low amounts of any or all lipids (e.g. fats, triglycerides, cholesterol, phospholipids) or lipoproteins in the blood." *Dyslipidemia*, WIKIPEDIA, https://en.wikipedia.org/wiki/Dyslipidemia (last visited Aug. 5, 2026). The court provides this and other footnoted definitions of certain medical terms solely to aid the reader's understanding. These definitional footnotes shall not be construed as factual findings by the court or rulings that a fact mentioned in the footnote is undisputed.

Christian Hauser saw Vega for a triage appointment, during which Vega complained of pain in his lower back, which he attributed to his kidney. (*Id.* ¶3). Hauser noted that he had no nausea, vomiting, or increased urination, and that his vital signs were normal. (*Id.*) His back was tender to the touch. (*Id.*) She put him on sick call for the next day. (*Id.*) She also performed an on-site urine test, which was normal. (*Id.*) Physician's assistant ("PA") Russell Miller saw him for a triage appointment the following day. (*Id.*) Vega reported that he felt better and did not have vomiting or diarrhea. (*Id.*) His abdomen was no longer tender. (*Id.*) Miller deemed the matter resolved and told him to follow up with sick call as needed. (*Id.*)

On May 20, 2020, Vega reported to sick call with complaints that he had been throwing up every 15 minutes. (*Id.* ¶4). He was seen in triage by RN Deborah Fryer, who assessed his pain and abdominal signs, admitted him into the infirmary, and put him on IV saline. (*Id.*) Fryer reported Vega's condition by phone to Dr. Weinstein. (*Id.*)

The next morning, Dr. Loscalzo sent Vega to the emergency room at Lehigh Valley Hospital. (*Id.* ¶5). At the hospital, Dr. Timothy Henninger ordered a CT scan, which revealed a small bowel obstruction. (*Id.* ¶6). He was admitted for further evaluation and treatment, under the care of Dr. Nimesh Vesuwala. (*Id.*) The CT scan also revealed fatty infiltration of his liver

and small nonobstructive renal calculus. (*Id.*) On May 22, 2022, his obstruction was resolved without surgery through a nasogastric tube decompression, and Vega began feeling better and passing gas. (*Id.*) He was discharged from the hospital and sent back to SCI-Mahanoy on May 26, 2020. (*Id.*) Upon his return to the prison, he was again admitted to the infirmary to be cleared by prison medical personnel before he could be returned to his normal housing unit. (*Id.* ¶7). Vega reported to nurses in the infirmary that he was feeling better and was comfortable. (*Id.*)

On May 27, 2020, Vega was seen by Dr. Courtney Rodgers. (*Id.* ¶8). Vega reported that he was doing well, eating and drinking, and was not experiencing pain. (*Id.*) Vega's bowel movements were reportedly regular but loose and his urination was normal. (*Id.*) Vega asked Rodgers if his symptoms could be attributed to diabetes and Rodgers told him that his lab results appeared normal but that they would run more tests to be sure. (*Id.*) Rodgers deemed Vega stable for return to his normal housing block and ordered follow-up laboratory testing for the next week. (*Id.*)

On June 4, 2020, Vega was seen for a triage appointment with RN Weiser based on complaints of chest discomfort and sweating at night, which had reportedly begun two days prior. (*Id.* ¶9). Weiser assessed his vitals as within normal range, performed an EKG, and referred him to Dr. Loscalzo.

(*Id.*) Loscalzo noted his symptoms and his normal vital signs and conducted a physical examination. (*Id.* ¶10). He diagnosed him with dehydration and prescribed IV fluids, which improved his symptoms. (*Id.*)

On June 5, 2020, Vega was seen for a sick call by defendant Williams, a PA. (*Id.* ¶11). Williams noted that Vega complained of burning during urination, which began after he had been treated with IV fluids by Loscalzo. (*Id.*) Vega told Williams that the burning had gone away and had not occurred since then. (*Id.*) Williams discussed fluid intake with him and told him to return as needed. (*Id.*)

Later on June 5, 2020, defendant Baddick, a doctor in the prison, entered a progress note on Vega's medical records stating that his lab work indicated hyperglycemia with mild electrolyte abnormalities. (*Id.* ¶12). Baddick scheduled him for mandatory sick call on the following Monday, June 8, 2020, to discuss monitoring, possibly beginning diabetes medication, and adding him to the diabetes chronic clinic roster. (*Id.*)

On June 22, 2020, Vega was seen by Dr. Loscalzo based on complaints of abdominal discomfort and difficulty moving his bowels. (*Id.* ¶13). Loscalzo noted that Vega did not have nausea, vomiting, diarrhea, or gastrointestinal bleeding. (*Id.*) Loscalzo discussed treatment options with Vega and noted that they agreed to discontinue his prescription for Colace

and begin adding fiber to his diet. (*Id.*) They also agreed to continue his prescription for Protonix for 30 days. (*Id.*) They discussed that he had pre-diabetic A1C levels, and that they would attempt to delay progression to diabetes through lifestyle changes. (*Id.*)

On June 26, 2020, Vega was seen by PA Miller, who noted that Vega was reporting bright red blood in his bowel movements. (*Id.* ¶14). Miller noted that he did not have any vomiting or diarrhea or any family history of colon cancer. (*Id.*) He then gave him "stool cards," which Vega was to use and submit for evaluation. (*Id.*)

On July 1, 2020, Vega was seen by RN Weiser based on his complaints of pain and discomfort in his abdomen and bleeding after bowel movements. (*Id.* ¶15). Vega noted that he felt "something scraping" during bowel movements. (*Id.*) Weiser scheduled him for mandatory sick call the following day, but he did not attend it. (*Id.*)

On August 12, 2020, Dr. Loscalzo saw Vega for a chronic clinic appointment for his dyslipidemia and hypertension. (*Id.* ¶16). Loscalzo noted that Vega appeared to be taking extra-strength Tylenol that he purchased from the prison commissary up to four times a day for headaches. (*Id.*) Loscalzo instructed Vega to stop taking Tylenol and ordered laboratory testing. (*Id.*) On August 18, 2020, Loscalzo entered lab results into Vega's

records, which included elevated liver enzymes. (*Id.* ¶17). He scheduled Vega for an appointment the following day. (*Id.*)

Loscalzo met with Vega as scheduled on August 19, 2020. (*Id.* ¶18). Vega reported that he had stopped taking Tylenol and did not have any nausea, vomiting, or abdominal pain. (*Id.*) He reported that he had bright red blood after a bowel movement the previous night. (*Id.*) Loscalzo instructed Vega to continue to refrain from taking Tylenol or NSAIDs, and to remain well hydrated. (*Id.*) Loscalzo scheduled him for a right lower quadrant ultrasound the following day. (*Id.*) He also scheduled lab testing, scheduled him for a thirty-day course of fiber, and scheduled him for a follow-up appointment two weeks later, or sooner if symptoms worsened. (*Id.*)

On August 20, 2020, medical staff performed an ultrasound on Vega's abdomen, which was noted to be based on his reports of taking supratherapeutic doses of Tylenol. (*Id.* ¶19). The listed impression from the ultrasound was "enlarged echogenic liver consistent with steatosis"—i.e., fatty liver disease—versus hepatocellular disease." (*Id.*)

On August 29, 2020, Vega was seen by RN Amy Bing, based on his report that he had become suddenly dizzy, lightheaded, and sweaty while standing in his cell. (*Id.* ¶20). His vital signs suggested that he was mildly hypotensive, and he was accordingly admitted to the infirmary in consultation

with Dr. Baddick and given an IV saline infusion. (*Id.*) Vega was kept in the infirmary overnight, but released in the morning after he reported feeling fine with no further dizziness. (*Id.*)

On September 9, 2020, Dr. Loscalzo entered a note into Vega's medical records indicating that his lab results showed elevated transaminases[3] and blood sugar. (*Id.* ¶21). On September 10, 2020, defendant O'Brien, a PA, entered a chart note indicating that the lab results for A1C[4] had come back at 6.9%. (*Id.* ¶22). O'Brien noted that Vega was scheduled for an appointment with Loscalzo. (*Id.*)

On September 15, 2020, Loscalzo met with Vega to discuss his lab results. (*Id.* ¶23). Vega confirmed that he was no longer taking Tylenol and was having fewer headaches. (*Id.*) Vega agreed to begin a prescription for

---

[3] "Transaminases or aminotransferases are enzymes that catalyze a transamination reaction between an amino acid and an α-keto acid. They are important in the synthesis of amino acids, which form proteins. Two important transaminase enzymes, aspartate transaminase (AST), and alanine transaminase (ALT), are commonly used as indicators of liver and cardiac health." *Transaminase*, WIKIPEDIA, https://en.wikipedia.org/wiki/Transaminase (last visited Aug. 5, 2026).

[4] "The A1C test is a common blood test for diagnosing diabetes. . . An A1C test result shows the average blood sugar level over the past 2 to 3 months. . . The higher the A1C level is, the poorer the blood sugar management. And the higher the risk of having health concerns related to diabetes." *A1C Test*, MAYO CLINIC, https://www.mayoclinic.org/tests-procedures/a1c-test/about/pac-20384643 (last visited Aug. 5, 2026).

Metformin and to be followed by "accuchecks." (*Id.*) Loscalzo scheduled him to be seen for review of his accuchecks by a PA two weeks later. (*Id.*) Loscalzo also scheduled him for an oncology consultation due to his liver abnormalities. (*Id.*)

On September 21, 2020, Vega saw PA Williams based on a complaint of a bump on the top of his lip that had appeared two months prior and had purportedly grown. (*Id.* ¶24). He also reported pain in his right hip. (*Id.*) After examining him, she ordered an x-ray on his hip and told him to come back to the medical department on the following Monday to have podophyllin applied to his lip. (*Id.*) The x-ray was performed on his hip on September 23, 2020, and it showed no signs of a fracture or any other abnormality. (*Id.* ¶25).

On October 9, 2020, Vega was seen by Dr. Matthew Miceli, a hematologist and oncologist, via a telemedicine appointment. (*Id.* ¶26). Dr. Baddick was present for the appointment and in the room with Vega. (*Id.*) Miceli noted that Vega had mildly elevated liver function tests, which he noted could have been caused by medications Vega was taking, including Remeron, Lopid, and Prinivil. (*Id.*) Remeron had been prescribed by Vega's psychiatrist for treatment of post-traumatic stress disorder, and Vega noted that he would speak with the psychiatrist about an alternative. (*Id.*) The

doctors noted that the plan was to repeat lab testing, order a CT scan, consult for a colonoscopy, and see him again in three months. (*Id.*)

On October 26, 2020, Vega was given a CT scan for indications of liver disease, anemia, swelling, mass, and abdominal pain/colic. (*Id.* ¶28). The listed impression from the CT scan was "hepatomegaly[5] with cirrhotic morphology of the liver, no suspicious hepatic masses." (*Id.*) Vega was sent to Geisinger Medical Center on November 3, 2020, for a colonoscopy, which was performed by Dr. Korta Yuasa. (*Id.* ¶30). Dr. Yuasa noted that "the entire examined colon appeared normal." (*Id.*) PA Williams saw Vega upon his return to the prison, and cleared him to return to his housing block. (*Id.*)

On January 8, 2021, Vega was seen by PA O'Brien based on complaints of a possible urinary tract infection. (*Id.* ¶32). Vega complained that his urine had been "real yellow" for the previous two days, had a strong smell, and caused a burning sensation. (*Id.*) O'Brien instructed him to drink less coffee and more water, and ordered laboratory testing. (*Id.*) On January 12, 2021, Vega met with Dr. Loscalzo regarding his urinary symptoms. (*Id.* ¶34). Vega reported less urine and that it was lighter in color. (*Id.*) Vega

---

[5] Hepatomegaly is the medical term for an enlarged liver. *Enlarged Liver*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/enlarged-liver/symptoms-causes/syc-20372167, last visited (Aug. 5, 2026).

provided a urine sample for further testing. (*Id.*) On January 13, 2021, RN Bing saw him for a triage appointment based on reports of chest pain and "flutters." (*Id.* ¶35). Bing conducted an EKG, which provided normal results. (*Id.*)

On February 15, 2021, Vega was seen for a chronic clinic appointment by Loscalzo for his diabetes, dyslipidemia, and hypertension. (*Id.* ¶36). Vega confirmed that he had not picked up his prescribed Metformin over the previous two months. (*Id.*) Loscalzo increased his prescription for Metformin and changed the prescription from "keep on person" to "direct observation therapy," meaning that Vega would need to go to pill line to take the medication and that nurses would track whether he took the medication. (*Id.*) Loscalzo noted that Vega's overall condition remained unchanged. (*Id.*) Loscalzo ordered lab work, a liver clinic appointment, and an ultrasound on his upper right quadrant to follow up on CT results and persistent transaminase elevation. (*Id.*)

On February 16, 2021, Vega appeared in the medical department with complaints of abdominal pain, diarrhea, and drenching sweat, and was seen by Loscalzo. (*Id.* ¶37). Vega denied any nausea, vomiting, or gastrointestinal bleeding. (*Id.*) He was experiencing excessive thirst and frequent urination. (*Id.*) Loscalzo noted elevated glucose results in fingerstick results, right

upper quadrant tenderness to palpation with a positive Murphy's sign—a procedure to detect gallbladder inflammation—and positive right costovertebral angle discomfort to percussion. (*Id.*) Vega's fingerstick blood sugar level was 219. (*Id.*) A urine drip was negative for ketones.[6] (*Id.*) Loscalzo sent him to the Lehigh Valley emergency room based on right upper quadrant abdominal pain and possible acute biliary colic.[7] (*Id.*) Vega returned from the hospital later that day, reporting that hospital staff wanted blood work done. (*Id.*) The correctional officer who escorted him to the hospital confirmed his account. (*Id.*) Dr. Baddick allowed Vega to return to his block under a COVID-related quarantine. (*Id.*) Dr. Martin, the physician who saw Vega at Lehigh Valley Hospital, noted in his records that a CT scan of Vega's abdomen and pelvis showed no problematic findings, no obstruction, and no inflammation. (*Id.* ¶38).

On February 17, 2021, Vega saw Dr. Miceli for a telemedicine appointment, with PA O'Brien present in the room. (*Id.* ¶39). Miceli noted

---

[6] "Ketones, or ketone bodies, are acids your body makes when it's using fat instead of glucose for energy." *Ketones*, CLEVELAND CLINIC, https://my.clevelandclinic.org/health/body/25177-ketones (last visited Aug. 5, 2026).

[7] "Biliary colic, also known as symptomatic cholelithiasis, a gallbladder attack or gallstone attack, is when a colic (sudden pain) occurs due to a gallstone temporarily blocking the cystic duct." *Biliary Colic*, https://en.wikipedia.org/wiki/Biliary_colic (last visited Aug. 5, 2026).

evidence of cirrhosis. (*Id.*) Miceli expressed concerns with his prescriptions for Remeron, Lopid, and Prinivil, noting that they might be harming his liver. (*Id.*) Miceli assessed him as having cryptogenic cirrhosis—i.e., cirrhosis of an unknown origin—and noted that it was possibly medication or autoimmune related but was not cancerous. (*Id.*) Miceli referred him to a liver specialist at Geisinger and scheduled him for a follow-up appointment with Miceli in two months. (*Id.*)

On February 18, 2021, Vega saw PA Williams for a sick call appointment with complaints of abdominal pain, nausea, vomiting, and constipation. (*Id.* ¶40). Williams ordered medication for treatment of his constipation and noted that orders that Miceli had previously issued for treatment of his liver. (*Id.*)

On March 4, 2021, Vega saw defendant Shah, a liver specialist, at Geisinger, along with Dr. Unzueta, an attend physician. (Doc. 171 ¶15). Shah and Unzueta assessed Vega as having a form of fatty liver disease, most likely either alcoholic steatohepatitis ("ASH"[8] or non-alcoholic steatohepatitis

[8] "Alcoholic hepatitis is a type of liver damage and swelling caused by drinking alcohol." *Alcoholic Hepatitis (Alcohol-Associated Hepatitis)*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/alcoholic-hepatitis/symptoms-causes/syc-20351388 (last visited Aug. 5, 2026).

("NASH")[9]. (*Id.*) The doctors ordered lab testing, an acute hepatitis panel, ANA and anti-smooth muscle antibody testing, a liver ultrasound with alpha fetoprotein,[10] and MELD labs. (*Id.*) The doctors noted that after the lab testing had been done, an upper endoscopy would be ordered with a possible EUS-guided liver biopsy. (*Id.*) The lab work was performed on April 2, 2021, and April 19, 2021, and the ultrasound was performed on April 7, 2021. (*Id.i)*

On March 9, 2021, LPN Karen Beaver noted that an accucheck showed that Vega had a blood sugar level of 484, and referred him to medical to have a urine dip test. (Doc. 181 ¶42). Vega refused to go to the medical department. (*Id.*)

---

[9] NASH, which has since been renamed "metabolic dysfunction-associated steatohepatitis" is a liver disease that "causes the liver to swell and enlarge," "causes fat deposits in the liver, which causes liver damage," and "may lead to serious liver scarring, called cirrhosis, or even liver cancer." *Fatty Liver Disease* (MASLD), MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/fatty-liver-disease-masld/symptoms-causes/syc-20354567 (last visited Aug. 5, 2026).

[10] "Alpha-fetoprotein (AFP, α-fetoprotein; also sometimes called alpha-1-fetoprotein, alpha-fetoglobulin, or alpha fetal protein) is a protein that in humans is encoded by the *AFP* gene. . . [S]erum AFP level is elevated in people with certain tumors, and so it is used as a biomarker to follow these diseases." *Alpha-fetoprotein*, WIKIPEDIA, https://en.wikipedia.org/wiki/Alpha-fetoprotein (last visited Aug. 5, 2026).

On March 22, 2021, Vega was seen for a triage appointment by RN Michele Donovan with complaints of left kidney problems and stomach pain. (*Id.* ¶43). His vitals were normal and he was not in acute distress. (*Id.*) He was then seen by Dr. Loscalzo, who ordered a urine dip test. (*Id.*) The urine dip was negative for ketones with trace proteins. (*Id.* ¶44). Loscalzo noted that he would request copies of the lab results ordered by Dr. Shah and would follow up as necessary. (*Id.*) Loscalzo noted that an ultrasound was scheduled for April 1, 2021, and noted that he would request that the ultrasound include Vega's kidneys. (*Id.*) Loscalzo increased Vega's prescription for Metformin. (*Id.*) Loscalzo instructed Vega to return to the medical department if his pain persisted or worsened. (*Id.*)

On March 24, 2021, RN Winnie Chauvel saw him in triage for complaints of abdominal pain, vomiting, and constipation. (*Id.* ¶45). Chauvel gave him 25 mg of Phenergan for nausea and consulted with Dr. Loscalzo, who sent Vega to the Lehigh Valley emergency room. (*Id.*)

Vega was examined by Dr. Jason L. Shives at Lehigh Valley. (*Id.* ¶47). Dr. Shives ordered a CT scan, which indicated the presence of kidney stones. (*Id.*) Vega was returned to SCI-Mahanoy, at which point RN Bing admitted him into the infirmary. (*Id.* ¶¶47-48). While in the infirmary, nurses administered IV fluids and gave him Phenergan for his nausea and Toradol

for his pain. (*Id.* ¶49). Dr. Baddick examined Vega on March 25, 2021, and noted that he would remain in the infirmary while he attempted to pass the kidney stones. (*Id.* ¶50). Nurses noted that he began to pass the kidney stones later on March 25, 2021, and on March 26, 2021, he requested to return to his normal housing block. (*Id.* ¶51). Baddick discharged him from the infirmary on March 26, 2021. (*Id.* ¶52).

On April 1, 2021, Vega saw Dr. Miceli through a telemedicine appointment, who assessed Vega as having cryptogenic cirrhosis[11] possibly caused by NASH or autoimmune hepatitis.[12] (*Id.* ¶53). Miceli stated that he wanted to order a liver ultrasound, an Alfa fetoprotein level test, an ANA titer and anti-smooth muscle antibody test, an endoscopy, and a biopsy. (*Id.*)

On April 6, 2021, Dr. Loscalzo noted abnormalities in Vega's lab results, including elevated calcium, an intact PTH, and abnormal liver function results. (*Id.* ¶54). Loscalzo assessed him as having

---

[11] Cryptogenic cirrhosis is cirrhosis without an apparent cause. *Cirrhosis of the Liver: Symptoms, Stages, and Treatment*, WebMD, https://www.webmd.com/fatty-liver-disease/understanding-cirrhosis-basic-information (last visited Aug. 5, 2026).

[12] "Autoimmune hepatitis is a liver disease that happens when the body's immune system attacks the liver." *Autoimmune Hepatitis*, Mayo Clinic, https://www.mayoclinic.org/diseases-conditions/autoimmune-hepatitis/symptoms-causes/syc-20352153 (last visited Aug. 5, 2026).

hyperparathyroidism[13] and abnormal hepatic function. (*Id.*) Loscalzo noted in Vega's files that he was scheduled for an ultrasound on his neck on the following day. (*Id.*) Loscalzo noted that if the ultrasound showed a parathyroid mass, he would consult with a general surgeon, and if not, that he would consult with an endocrinologist. (*Id.*) Loscalzo further noted that Vega was scheduled for a liver ultrasound the following day and that he would be scheduled for an endoscopy and a biopsy after the ultrasound. (*Id.*)

An abdominal ultrasound was performed on Vega on April 6, 2021, which showed hepatomegaly and increased hepatic echotexture, which may have been secondary to steatosis and/or hepatocellular disease. (*Id.* ¶55). He also had a dilated gallbladder lumen with no gallstone seen. (*Id.*) An ultrasound was also performed on his thyroid, which showed no definite thyroid nodule. (*Id.*) A homogenously hypoechoic nodule posterior to the right thyroid lobe was considered concerning for a parathyroid adenoma, and lab values were recommended. (*Id.*)

On April 11, 2021, Dr. Loscalzo reviewed the ultrasound results and noted that they would consult with an ENT to evaluate for a potential right

---

[13] Hyperparathyroidism is an excess of parathyroid hormone in blood. *Hyperparathyroidism*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/hyperparathyroidism/symptoms-causes/syc-20356194 (last visited Aug. 5, 2026).

parathyroid adenoma. (*Id.* ¶56). Loscalzo scheduled Vega to see him on medical line to review the findings and discuss a plan of treatment. (*Id.*)

Vega met with Loscalzo on April 13, 2021. (*Id.* ¶57). Loscalzo told him that an ENT consultation had been scheduled and instructed him to remain well hydrated and maintain good calcium intake. (*Id.*) Loscalzo noted that Vega had some dry, scaly skin and stated that they would treat it with topical therapy. (*Id.*)

On April 14, 2021, PA Williams met with Vega at his cell based on complaints of possible side effects from a COVID-19 vaccination. (*Id.* ¶58). Williams discussed possible side effects with him and told him to go to the medical department if he had any concerning symptoms. (*Id.*)

On May 24, 2021, Vega was seen by triage nurses in the medical department based on complaints of pain in his liver. (*Id.* ¶59). PA O'Brien admitted Vega into the infirmary for observation. (*Id.*) He remained in the infirmary until the following day, when he was taken to a scheduled off-site consultation with an ENT specialist. (*Id.*)

On May 25, 2021, Vega was taken to an appointment at Geisinger with otolaryngologists Dr. Vencent M. Desiato and Dr. Nicholas Purdy, for a consultation regarding his thyroid concerns. (*Id.* ¶61). Dr. Purdy performed a fiberoptic examination of the larynx. (*Id.*) The doctors noted that further lab

results would need to be reviewed and ordered a CT scan on his neck. (*Id.*) Upon his return to the hospital, Dr. Baddick discharged him from the infirmary back to his housing block. (*Id.* ¶62).

On June 2, 2021, Dr. Shah spoke with staff at SCI-Mahanoy about Vega. (Doc. 171 ¶16). Shah said that the plan was to repeat liver function testing, obtain "a Hep B core IgM and Hep B core total [and] Hep B DNA PCR." (*Id.*) Shah said that the prison should follow up with him in 3-4 months and consult with an endocrinologist and a dietician for management of his blood glucose, diabetes, glucosuria,[14] and hypercalcemia.[15] (*Id.*) Shah also recommended that Vega avoid fatty foods, eat a healthy diet and exercise, and lose weight. (*Id.*)

On June 4, 2021, PA Williams saw Vega for a sick call appointment based on his request for hearing aid batteries and his complaints of dry, scaly skin. (Doc. 181 ¶63). Vega requested to see a doctor. (*Id.*) Williams gave him new hearing aid batteries and scheduled a follow-up audiology consultation. (*Id.*)

---

[14] Glucosuria is the presence of glucose in urine. *Glycosuria*, WIKIPEDIA, https://en.wikipedia.org/wiki/Glycosuria (last visited Aug. 5, 2026).

[15] Hypercalcemia is an excess of calcium in blood. *Hypercalcemia*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/hypercalcemia/symptoms-causes/syc-20355523 (last visited Aug. 5, 2026).

On June 15, 2021, Vega was seen by triage nurses for complaints of severe dizziness. (*Id.* ¶64). Dr. Baddick scheduled him for sick call the following day and an EKG was performed. (*Id.*) Williams saw him in sick call as scheduled on June 16, 2021, but he stated that he was feeling better. (*Id.* ¶65).

On June 18, 2021, Vega reported to RN Cynthia Wandishin that his face felt hot, and he felt nauseous and lightheaded when he ate. (*Id.* ¶66). Wandishin consulted with Williams, who instructed him to sign up for sick call the following day. (*Id.*) Williams examined him as scheduled on June 21, 2021, found that his vitals were normal, and instructed him to return if his symptoms did not improve or worsened. (*Id.* ¶67).

On July 9, 2021, RN Lwekema saw Vega in triage based on complaints of abdominal pain. (*Id.* ¶70). After consulting with Dr. Baddick, Lwekema sent him to the emergency room. (*Id.*) At the emergency room, Vega reported that he felt like his liver was going to "blow up." (*Id.* ¶71). The medical staff at the hospital assessed him as having hepatomegaly with steatosis,

nephrolithiasis,[16] and colonic diverticulosis.[17] (*Id.*) An ultrasound was performed, after which he was discharged back to the prison. (*Id.*) Upon his return to the prison, Williams discharged him back to his housing block but instructed him to attend sick call the following day. (*Id.* ¶72).

Williams saw Vega as scheduled on July 10, 2021. (*Id.* ¶73). Although Vega expressed a preference to his housing block, Williams admitted him into the infirmary for monitoring based on her physical examination of him. (*Id.*) Williams prescribed him 30 mg of Toradol while he was in the infirmary. (*Id.* ¶74). RN Janice Hale ordered 25 mg of Phenergan for nausea later that evening after he vomited a small amount. (*Id.*)

On July 11, 2021, Williams spoke with Vega in the morning. (*Id.* ¶75). Williams noted that he was still experiencing abdominal pain and distension and nausea. (*Id.*) She put him on an IV diet and ordered him to remain in the infirmary for monitoring. (*Id.*) After regular monitoring, Dr. Baddick

---

[16] Nephrolithiasis is a medical term for kidney stones. *Kidney Stones*, https://www.mayoclinic.org/diseases-conditions/kidney-stones/symptoms-causes/syc-20355755 (last visited Aug. 5, 2026).

[17] Diverticulosis is a "common condition in which "pouches form in the inside lining of [the] colon." *Diverticulosis*, CLEVELAND CLINIC, https://my.clevelandclinic.org/health/diseases/24883-diverticulosis (last visited Aug. 5, 2026).

discharged him from the infirmary back to his regular cell on July 12, 2021. (*Id.* ¶77).

On July 22, 2021, Vega spoke with RN Quito Weiser in triage with complaints of shortness of breath, coughing, and chills. (*Id.* ¶78). Weiser consulted with defendant Bora-Saikia, a doctor in the prison, who instructed him to attend sick call the next day. (*Id.*) At Bora-Saikia's direction, Weiser administrated a nebulizer treatment, which improved Vega's symptoms, and he returned to his unit. (*Id.*)

Vega saw PA Williams at sick call the following day. (*Id.* ¶79). Williams examined him and noted that he had postnasal discharge with erythema,[18] edema of the nasal turbinates, and maxillary and frontal sinus tenderness. (*Id.*) She diagnosed him with sinusitis, and noted that he should treat with rest, fluids, cough drops, good hand hygiene, and over-the-counter medications available from the commissary. (*Id.*)

On July 28, 2021, Dr. Bora-Saikia met with Vega to discuss his plan of care at the request of the prison's healthcare administrators. (*Id.* ¶80). After examining him, she assessed him as having hepatomegaly cirrhosis, likely caused by NASH rather than ASH, well-controlled diabetes, and

[18] Erythema "is redness of the skin or mucous membranes, caused by hyperemia (increased blood flow) in superficial capillaries." *Erythema*, WIKIPEDIA, https://en.wikipedia.org/wiki/Erythema (last visited Aug. 5, 2026).

hyperlipidemia with mild elevation of his liver functions. (*Id.*) Bora-Saikia noted that the plan was to await lab testing results and that an endoscopy would be needed. (*Id.*) Bora-Saikia ordered Zofran and Meclizine for nausea, prescribed him a low-dose statin, ordered follow-up laboratory testing, and adjusted his diabetes medication prescriptions. (*Id.*) Bora-Saikia started Vega on spironolactone and nadolol and discontinued amlodipine and lisinopril. (*Id.* ¶81).

Also on July 28, 2021, Dr. Shah spoke with staff at SCI-Mahanoy regarding Vega's care. (Doc. 171 ¶17). Shah noted that Vega did not need a liver biopsy. (*Id.*) He stated that his liver function had improved and his hemoglobin A1C level had decreased. (*Id.*) At this point, Vega had not yet seen an endocrinologist as Shah had previously recommended. (*Id.*) Shah advised that Vega should repeat his liver function test in three months and obtain a Hep B DNA PCR. (*Id.*) Shah also requested that he have a telephonic visit with Vega in November 2021. (*Id.*)

On August 5, 2021, RN Weiser saw him in triage for reports of nausea, vomiting, and weakness over the prior 24 hours. (Doc. 181 ¶83). Weiser consulted with PA Williams, who examined Vega and admitted him into the infirmacy for observation, with orders for IV saline and Phenergan for

nausea. (*Id.*) Vega reported to Dr. Baddick the following morning that he was feeling better, and after examining him Baddick discharged him. (*Id.* ¶85).

On August 22, 2021, PA Kyle Mummey saw Vega for complaints of abdominal pain and vomiting. (*Id.* ¶87). After an examination, Mummey sent him to the emergency room at Lehigh Valley. (*Id.*) At the hospital, he was examined by Dr. Marc M. Bonin, who ordered an EKG. (*Id.*) The EKG showed sinus bradycardia,[19] but was otherwise normal. (*Id.*) A CT scan of Vega's abdomen and pelvis were also performed, which showed a distended gallbladder, fatty infiltration in the liver, and nonobstructing kidney stones. (*Id.*) Bonin discharged him back to the prison. (*Id.*) Upon his return to the prison, PA O'Brien ordered him to be admitted to the infirmary for observation. (*Id.* ¶89). Baddick examined him in the morning and determined that he could be discharged. (*Id.* ¶91).

On September 9, 2021, Baddick met with Vega to discuss all of his pending consultations and completed lab studies. (*Id.* ¶92). Baddick deemed him medically stable. (*Id.*) Vega also spoke with PA Williams on September 14, 2021, asking to review all of the medications he was on. (*Id.* ¶93).

On September 16, 2021, Vega was given an ultrasound of the right upper quadrant of his abdomen, which showed hepatomegaly and hepatic

[19] Bradycardia is a slower than normal heart rate. (*Id.* ¶88 n.13).

steatosis, a mildly distended gallbladder lumen with intraluminal sludge, but no shadowing gallstone, and borderline mild splenomegaly.[20] (*Id.*) On September 22, 2021, Dr. Bora-Saikia saw Vega for a chronic clinic appointment for his diabetes, hyperlipidemia, and liver disease. (*Id.* ¶95).

On September 30, 2021, RN Bing spoke with Vega based on complaints that his arms were red, that he was anemic, and that he had not been taking his chronic medications. (*Id.* ¶96). Bing placed him on mandatory sick call for the following day. (*Id.*) PA Williams spoke with him as scheduled the following day, and Vega told her that his skin had suddenly "turned red" the previous day, and then the redness had gone away. (*Id.* ¶97). Williams discussed potential causes for such an occurrence, but did not order any further treatment, determining that none was necessary. (*Id.*)

On October 17, 2021, RN Hale spoke with Vega in triage with complaints of bilateral flank pain and chest palpitations. (*Id.* ¶98). An ECG was conducted, which showed normal rhythm. (*Id.*) He was admitted to the infirmary for observation and given IV saline. (*Id.*) Vega reported to Dr. Baddick the following day that he was feeling better, but Baddick opted to

[20] Splenomegaly is the medical term for an enlarged spleen. *Enlarged Spleen (Slpenomegaly)*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/enlarged-spleen/symptoms-causes/syc-20354326 (last visited Aug. 5, 2026).

keep him in the infirmary to monitor him and screen his urine for kidney stones. (*Id.* ¶99). Baddick placed him on Toradol for pain, Cipro, Flomax, and continued IV saline. (*Id.*) after Vega's condition improved the following day, Baddick discharged him from the infirmary. (*Id.* ¶100).

On October 23, 2021, RN Weiser saw Vega in triage with complaints of discolored stool. (*Id.* ¶101). He denied any vomiting, but noted that he was experiencing abdominal pain. (*Id.*) Weiser signed him up for mandatory sick call the following day. (*Id.*) He spoke with PA Mummey during the resulting sick-call visit on October 25, 2021. (*Id.* ¶102). Mummey gave him hemoccult cards to use to check his stool, and noted that he had an upcoming appointment with a gastroenterologist. (*Id.*)

On October 28, 2021, Vega was seen in triage by RN Lauren Knock, with complaints that his liver hurt and felt swollen. (*Id.* ¶103). Knock discussed his ultrasounds with him and potentially related symptoms, discussed his medications and habits, and performed an EKG, which showed sinus bradycardia[21] but was otherwise normal. (*Id.*)

On November 17, 2021, RN Carolyn Behler saw Vega in triage based on complaints that his heart felt like it was "jumping out of [his] chest." (*Id.*

---

[21] Sinus bradycardia is a slower than normal heartbeat. *Sinus Bradycardia*, CLEVELAND CLINIC, https://my.clevelandclinic.org/health/diseases/22473-sinus-bradycardia (last visited Aug. 5, 2026).

¶107). Testing showed that he had high blood pressure, a blood sugar level of 202, and a urine dip test that was positive for blood. (*Id.*) Dr. Bora-Saikia admitted him into the infirmary for observation and ordered IV fluids and straining of his urine for kidney stones. (*Id.*)

On December 10, 2021, Vega met with PA Williams to discuss his health concerns, noting that he was waiting for a liver biopsy that had not been done. (*Id.* ¶109). Vega spoke with PA O'Brien about the biopsy on December 20, 2021, stating that Dr. Miceli had said a biopsy was needed. (*Id.* ¶110). O'Brien told him that a biopsy had been approved and that they were waiting for it to be scheduled. (*Id.*) On December 30, 2021, Vega was seen by Dr. Glen Wheeler, who noted that a liver biopsy may be necessary. (*Id.* ¶113).

On January 6, 2022, Dr. Shah spoke with a provider at SCI-Mahanoy. (Doc. 171 ¶18). Shah stated that Vega did not need a liver biopsy because he had either NASH or ASH. (*Id.*) Shah advised that Vega would need repeat lab work and recommended an upper endoscopy for variceal screening. (*Id.*)

On January 15, 2022, PA O'Brien admitted Vega into the infirmary based on complaints of abdominal and back pain. (Doc. 181 ¶114). When the symptoms improved the following day, O'Brien discharged him. (*Id.* ¶115).

On January 19, 2022, Dr. Bora-Saikia and the prison's correctional health care administrator spoke with Vega about his care. (*Id.* ¶117). After examining him, Bora-Saikia admitted him into the infirmary for observation, with instructions that he be placed on IV fluids if his vitals showed hypotension. (*Id.*) Bora-Saikia examined him again on January 20, 2022, noting that they needed his lab results and were awaiting a call back from Dr. Shah. (*Id.* ¶118). On January 25, 2022, Bora-Saikia spoke with Shah, who suggested that he should have a phone call with Vega in preparation for an upper endoscopy. (Doc. 171 ¶19; Doc. 181 ¶18). Shah stated that he did not think a liver biopsy was necessary at that point. (Doc. 171 ¶19; Doc. 181 ¶119).

On February 1, 2022, Bora-Saikia admitted Vega into the infirmary after he spoke to a triage nurse about complaints of abdominal pain, swelling, and a lack of appetite. (Doc. 181 ¶121). He remained in the infirmary until February 3, 2022, when his condition was reported as stable, and Bora-Saikia discharged him. (*Id.* ¶¶121-24).

On February 9, 2022, RN Taylor Mack reported to PA Williams that laboratory testing had shown a critical value of a 13.2 calcium level. (*Id.* ¶125). That same day, Vega had an ultrasound on his kidney, which showed

the presence of hepatic steatosis but was otherwise unremarkable. (*Id.* ¶126).

On February 10, 2022, Vega had a telemedicine appointment with Dr. Miceli, who noted that Vega was "frustrated" because Miceli had referred him to a biopsy, but the other treating physicians had concluded that a biopsy was not necessary. (*Id.* ¶128). Miceli diagnosed him with cirrhosis caused by NASH, and said that he would refer him to a liver specialist at Geisinger to evaluate him for fatty liver and cirrhosis. (*Id.*) That same day, Williams admitted Vega into the infirmary based on complaints that he "felt something pop out of [his] belly" and felt abdominal pain. (*Id.*) Dr. Wheeler examined him the following morning, determined that his condition had improved, and discharged him. (*Id.* ¶130). On February 16, 2022, Dr. Wheeler ordered additional laboratory testing based on the previous lab tests showing that Vega had an elevated calcium level. (*Id.* ¶131).

On February 18, 2022, nurse practitioner ("CRNP") Angela Schweitzer saw Vega for chronic clinic for treatment of his diabetes, dyslipidemia, and liver disease. (*Id.* ¶132). Dr. Wheeler then made a note in Vega's charts on February 19, 2022, noting that his most recent laboratory results had shown a PTH result of 91, a serum calcium level of 13, and a low Vitamin D level of 9. (*Id.* ¶133). Wheeler started him on a Vitamin D supplement, scheduled

laboratory testing in April, and scheduled an appointment with him in May. (*Id.*)

On March 2, 2022, Vega saw Dr. Wheeler, who noted that he wanted a liver biopsy done but that Dr. Shah had determined it was not necessary. (*Id.* ¶136). Wheeler noted that he had moderately elevated liver enzymes, and that his liver was palpably enlarged and very tender. (*Id.*) Wheeler noted that Dr. Miceli would find another GI physician who could perform a liver biopsy. (*Id.*)

On March 14, 2022, Vega was seen in triage by RN Angela Landmesser with complaints of blood in his urine. (*Id.* ¶137). Landmesser scheduled him for mandatory sick call the following day. (*Id.*) The following day, PA Williams examined him, ordered an ultrasound on his kidneys, and ordered additional lab testing. (*Id.* ¶138). Dr. Bora-Saikia conducted another follow-up examination regarding his urinary complaint on March 18, 2022. (*Id.* ¶139). Bora-Saikia noted that she planned to seek collegial approval for a GI evaluation, a urology evaluation for possible cystogram and urodynamics, and a repeat urine dipstick. (*Id.*) Bora-Saikia instructed him to return in 4-6 weeks. (*Id.*)

On March 25, 2022, Dr. Wheeler called Vega to the infirmary based on abnormal lab results. (*Id.* ¶140). Specifically, Wheeler noted that he had

elevated calcium and PTH levels and a low Vitamin D level. (*Id.*) Vega noted that he had stopped taking the prescribed Vitamin D supplement because it had caused him diarrhea. (*Id.*) Wheeler assessed him as having hyperparathyroidism secondary to low Vitamin D levels, noted that he would prescribe a different dosage of the Vitamin D supplement, and planned to see Vega again a week later. (*Id.*)

On April 1, 2022, Vega spoke with Dr. Wheeler and informed him that he wanted to stop all of his medications, that he had self-diagnosed his condition as BUDD's Cirrhosis, and that he thought the medications he was on were hurting his liver. (*Id.* ¶141). Wheeler convinced him to remain on his current medications, stated that he would conduct additional blood testing, and planned to see him again in one week. (*Id.*)

On April 15, 2022, Vega was seen in triage by CRNP Wesley-Kiepea with complaints of nausea. (*Id.* ¶142). Wesley-Kiepea prescribed him Zofran and Phazyme for nausea. (*Id.*) Vega attended a triage appointment again on April 18, 2022, with RN Mack based on blood in his urine. (*Id.* ¶144). Mack instructed him to attend mandatory sick call the following day. (*Id.*)

On April 19, 2022, CRNP Schweitzer saw him in follow-up for his urinary complaint. (*Id.* ¶145). After examining him, she noted her plans to

discuss the issue with Dr. Bora-Saikia for potential next steps, and instructed Vega to return to sick call or triage if needed. (*Id.*)

On April 20, 2022, Vega was seen by Dr. Wheeler, who noted that Vega was "here to complain about NOT having a liver biopsy." (*Id.* ¶146). Wheeler conducted an examination, noted that he was awaiting a referral for a nephrology appointment, and that he would see Vega again in four weeks. (*Id.*)

Vega spoke with RN Behler on April 25, 2022, with complaints of chest pain and pressure, in addition to abdominal pain. (*Id.* ¶147). An EKG showed normal rhythm. (*Id.*) Behler consulted with CRNP Schweitzer, who stated that Vega should return for sick call the following day. (*Id.*) CRNP Wesley-Kiepea conducted the examination the following day, and told Vega that he had a nephrology consultation pending. (*Id.* ¶148).

On April 27, 2022, Vega spoke with RN Behler in triage with complaints of abdominal pain, difficulty during bowel movements, hematuria, and pain in his groin. (*Id.* ¶149). After conducting an examination, Behler consulted with PA Williams, who stated that he should return for sick call the following day. (*Id.*) CRNP Wesley-Kiepea conducted the follow-up appointment during sick call on April 28, 2022. (*Id.* ¶150). After conducting an examination,

Wesley-Kiepea ordered him to have weekly weight checks with measurement of his abdominal girth for 5 weeks. (*Id.*)

On May 2, 2022, Vega saw RN Mack for a triage appointment for abdominal pain. (*Id.* ¶151). After conducting an examination and consulting with CRNP Schweitzer, Mack told him to attend mandatory sick call the next day. (*Id.*) Dr. Wheeler conducted the follow-up examination on May 3, 2022. (*Id.*) Dr. Wheeler ordered x-rays on Vega's kidneys, ureters, and bladder, prescribed him Bentyl, and stated that he wanted him to return in three weeks. (*Id.*)

On May 12, 2022, Vega spoke with RN Susan Blasko in triage with complaints of severe abdominal pain. (*Id.* ¶154). Vega stated that he needed to see a doctor immediately. (*Id.*) Blasko conducted an examination and offered medication and sick call, but he became belligerent and said that he was going to sue her and the prison. (*Id.*) Blasko additionally offered to admit him to the infirmary for monitoring, but Vega refused and left. (*Id.*) Vega returned to the infirmary a short time later and again spoke with Blasko. (*Id.* ¶155). Dr. Wheeler subsequently ordered Vega to be admitted to the infirmary for observation. (*Id.*) Wheeler stated in his notes from that day that he believed Vega was "overreacting." (*Id.* ¶156). He was monitored until May 13, 2022, when he was discharged and returned to his block. (*Id.* ¶¶156-59).

On May 20, 2022, PA Williams spoke with Vega to check in on his condition. (*Id.* ¶160). After conducting an examination she discussed any symptoms that would necessitate a trip to the medical department with him. (*Id.*) Vega then spoke with CRNP Wesley-Kiepea on May 26, 2022, and asked if he could see the x-rays that had recently been taken. (*Id.* ¶161). Wesley-Kiepea said that the x-rays were not available, but reviewed his CT scans and diagnostic results with him. (*Id.*) Dr. Wheeler also conducted an examination on Vega on the same day. (*Id.* ¶162). Vega then failed to appear for a telemedicine appointment with a nephrologist on May 31, 2022. (*Id.* ¶163).

On June 17, 2022, Vega attended a sick call appointment with CRNP Schweitzer with complaints about abdominal pain and concerns about his liver. (*Id.* ¶164). After conducting an examination, she ordered an ultrasound on the right upper quadrant of his abdomen and noted that he was scheduled for nephrology and urology appointments. (*Id.*)

On June 20, 2022, Vega saw CRNP Wesley-Kiepea with complaints of abdominal pain. (*Id.* ¶165). Vega stated his belief that he had "rhabdomyolysis," but Wesley-Kiepea informed him that this was a serious medical problem affecting muscles that could cause death, which was

usually caused by crushing injuries, and that it was not applicable to his condition. (*Id.*)

On June 22, 2022, Vega attended an off-site appointment with a urologist. (*Id.* ¶166). RN Mack returned him to his housing block after his return from the urology appointment. (*Id.* ¶167).

On June 24, 2022, he attended a triage appointment with Mack with complaints of sharp and stabbing abdominal pain. (*Id.* ¶168). After consulting with PA Williams, Mack admitted him into the infirmary for observation. (*Id.*) His condition improved on June 25, 2022, and PA Mummey discharged him to his housing block. (*Id.* ¶169).

On June 27, 2022, Vega had a telemedicine appointment with Dr. Jawad Salameh, a nephrologist. (*Id.* ¶170). Salameh assessed him as having hypertension, Stage I chronic kidney disease, proteinuria, [22] hematology, and hypercalcemia secondary to primary hyperparathyroidism, and Vitamin D deficiency concomitant with primary hyperparathyroidism. (*Id.*) Salameh opined that a parathyroidectomy was the only cure for hyperparathyroidism and recommended that he be referred for surgery. (*Id.*)

---

[22] Proteinuria is the presence of protein in your urine. *Proteinuria*, CLEVELAND CLINIC, https://my.clevelandclinic.org/health/symptoms/16428-proteinuria (last visited Aug. 5, 2026).

He also noted that a nuclear scan of the parathyroid glands should be considered. (*Id.*)

On June 28, 2022, Vega had an endoscopy performed by Dr. John A. Boger, which showed esophagitis,[23] with no bleeding, normal stomach, and normal examined duodenum. (*Id.* ¶172). He returned to the prison on the same day and was admitted into the infirmary for monitoring. (*Id.* ¶173). Dr. Bora-Saikia discharged him from the infirmary on June 29, 2022. (*Id.* ¶174).

One June 30, 2022, Vega had an ultrasound on his liver, which showed an enlarged echogenic liver, consistent with steatosis versus hepatocellular disease. (*Id.* ¶175). No focal lesions were seen. (*Id.*) On July 5, 2022, he was seen by CRNP Wesley-Kiepea with complaints of abdominal pain. (*Id.* ¶176). Wesley-Kiepea conducted a physical examination and reviewed his ultrasound results with him, and noted that Vega was requesting to be seen by a doctor and that he be taken off all medications. (*Id.*) Vega returned to the infirmary for the same symptoms on July 15, 2022, and Wesley-Kiepea again examined him and reviewed his ultrasound results with him,

[23] Esophagitis is welling and irritation of the tissues that line the esophagus. *Esophagitis*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/esophagitis/symptoms-causes/syc-20361224 (last visited Aug. 5, 2026).

encouraged him to drink more water, and told him to return to sick call if needed. (*Id.* ¶180).

On July 20, 2022, Vega had an appointment with Dr. Wheeler to follow up on his hyperparathyroidism. (*Id.* ¶181). During that appointment, Vega told Wheeler he believed his liver problems were being caused by his medications. (*Id.*) Wheeler stated in his notes from the appointment that he prepared paperwork for a nuclear medicine parathyroid scan. (*Id.*)

On August 18, 2022, CRNP Schweitzer saw Vega for a chronic clinic appointment for his diabetes, dyslipidemia, and liver disease. (*Id.* ¶182). She conducted a physical examination, during which she noted worsening symptoms of his psoriasis. (*Id.*)

On August 24, 2022, Vega was seen in triage by RN Jacob Gutzeit based on complaints of ear and jaw pain and a sinus infection. (*Id.* ¶183). Gutzeit noted that his vital signs were normal but that his blood pressure was hypertensive. (*Id.*) He instructed him to take Motrin and signed him up for mandatory sick call for the following day. (*Id.*) On August 25, 2022, Dr. Wheeler noted in Vega's chart that he had reviewed his lab results and that he was going to put him on a daily Vitamin D dose. (*Id.* ¶184). Later that same day, CRNP Wesley-Kiepea saw Vega in follow-up to his triage appointment with Gutzeit. (*Id.* ¶185). After conducting a physical

examination, Wesley-Kiepea diagnosed him with otitis media.[24] (*Id.*) She ordered Zithromax and Ibuprofen. (*Id.*)

On August 26, 2022, Vega was triaged by RN Mack for complaints of abdominal pain. (*Id.* ¶186). A physical examination showed that he was hypertensive and afebrile, that his bowels were hyperactive, and that his abdomen was distended. (*Id.*) Mack consulted with CRNP Sylvia Bertoni, who directed her to send him to the emergency room. (*Id.*)

Vega was transported to Lehigh Valley Hospital's emergency room, where a CT scan showed that he had a 9mm kidney stone that was obstructing his ureter with moderate to severe left hydronephrosis, and a 4mm kidney stone on his right side with mild right hydronephrosis.[25] (*Id.* ¶187). Vega was admitted into the hospital for a cystoscopy and a stent placement. (*Id.*) On August 27, 2022, he had bilateral stents placed during surgery. (*Id.*) Staff at the hospital noted that he would need to consult with

---

[24] Otitis media is a medical term for an ear infection. *Ear Infection (Middle Ear)*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/ear-infections/symptoms-causes/syc-20351616 (last visited Aug. 5, 2026).

[25] "Hydronephrosis is swelling of one or both kidneys. It happens when urine can't drain from a kidney and builds up in the kidney as a result." *Hydronephrosis*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/hydronephrosis/symptoms-causes/syc-20575276 (last visited Aug. 5, 2026).

an outpatient urologist for removal of the kidney stones, recommended a nuclear medicine scan to evaluate the need for a parathyroidectomy, and directed Vega to follow up with Dr. Bora-Saikia about these issues. (*Id.*)

On August 29, 2022, Vega returned to SCI-Mahanoy, at which point Bora-Saikia admitted him into the infirmary for observation. (*Id.* ¶188). Over the next two days, medical staff noted that his urine had become bloody and had taken on a "cherry Kool-Aid color," which led Bora-Saikia to send him back to the emergency room on August 30, 2022. (*Id.* ¶189).

At Lehigh Valley Cedar Crest Hospital, Vega was seen by Dr. Philip Grense, who conducted a physical examination and lab testing. (*Id.* ¶190). Christina Bucci, an RN at the hospital, informed Vega that he was being discharged from the hospital with a prescription for pain medication and a referral to urology, and told him to notify the urologist if his hematuria did not clear up. (*Id.*) Vega was returned to the prison on August 30, 2022, and again admitted to the infirmary for observation. (*Id.* ¶191).

On August 31, 2022, Dr. Bora-Saikia examined Vega and discontinued his use of NSAIDs, noting that the urologist had recommended the use of Oxycodone for his pain. (*Id.* ¶192). Bora-Saikia noted that he would have his "H & H" measured weekly until his follow-up urology appointment, and that

he would undergo a lithotripsy[26] in 6-8 weeks. (*Id.*) On the same day, Dr. Wheeler entered a note in his chart that he would refer Vega for removal of his urinary tract stones and stent changes and that he had begun the process of referring him for a nuclear parathyroid scan. (*Id.*) Vega remained in the infirmary at this point, and nurses noted that his urine continued to contain blood. (*Id.* ¶193). Medical staff in the prison continued to monitor the blood in his urine over the following days and consulted with the urology department at Lehigh Valley Hospital, which stated that the blood was normal in light of the stent placements. (*Id.* ¶¶194-97). On September 2, 2022, PA Williams placed Vega on Percocet instead of Tylenol #3 for treatment of his pain. (*Id.*)

On September 4, 2022, Dr. Wheeler examined Vega and noted increased pain and dark red urine, as opposed to the previous light red urine. (*Id.* ¶198). Wheeler increased Vega's pain medication dosage. (*Id.*) Wheeler examined him again on September 5, 2022, and after noting that his

---

[26] "Lithotripsy is a noninvasive (the skin is not pierced) procedure used to treat kidney stones that are too large to pass through the urinary tract. Lithotripsy treats kidney stones by sending focused ultrasonic energy or shock waves directly to the stone first located with fluoroscopy (a type of X-ray "movie") or pelvic ultrasound (high frequency sound waves). The shock waves break a large stone into smaller stones that will pass through the urinary system." *Lithotripsy*, JOHNS HOPKINS, https://www.hopkinsmedicine.org/health/treatment-tests-and-therapies/lithotripsy (last visited Aug. 5, 2026).

Creatinine and calcium levels had risen, he determined that he needed IV hydration and sub q calcitonin. (*Id.* ¶199). Wheeler sent him to the ER. (*Id.*)

On September 5, 2022, Vega was seen in Lehigh Valley Cedar Crest's emergency room. (*Id.* ¶200). He was admitted into the hospital and remained there for eleven days. (*Id.*) During the hospital stay, he was transferred to the MICU for sepsis. (*Id.*) He was placed on antibiotics. (*Id.*) The hospital's urology department also performed a lithotripsy to remove his obstructing kidney stones and replaced his stents. (*Id.*) He was monitored following the operation, and the stents were removed two days later. (*Id.*) He was additionally seen during his hospital stay by the endocrinology department for his parathyroid issues, and was instructed that he would be given outpatient treatment by the endocrinology department. (*Id.*) He was discharged from the hospital back to SCI-Mahanoy on September 16, 2022. (*Id.*) Upon his return, he was admitted to the infirmary for observation. (*Id.* ¶202). PA Mummey discharged Vega from the infirmary on September 17, 2022, and noted that he would need follow-up urology and endocrinology appointments. (*Id.* ¶203).

On September 26, 2022, Vega attended sick call and spoke with PA Williams. (*Id.* ¶204). After conducting a physical examination, Williams admitted him into the infirmary and prescribed him Zofran for nausea. (*Id.*)

Dr. Bora-Saikia subsequently ordered 1,000 mg of Tylenol, which improved Vega's abdominal pain. (*Id.* ¶205). Bora-Saikia subsequently discharged him back to his housing unit on September 27, 2022. (*Id.* ¶206).

On October 7, 2022, Vega was transported out of the prison for a urology appointment with PA Jaylon G. Hartley. (*Id.* ¶209). Hartley ordered a CT scan, which showed stone fragments in Vega's kidneys that were not causing him issues. (*Id.*) On October 12, 2022, Dr. Bora-Saikia met with Vega after he requested to review his current medical status. (*Id.* ¶210).

On October 18, 2022, Vega was triaged by RN Jocelyn Darrup for flank pain and urinary incontinence. (*Id.* ¶211). Darrup gave him 8 units of insulin and educated him on the importance of taking his medication for his diabetes. (*Id.*) Darrup additionally signed up for mandatory sick call for the following day. (*Id.*) CRNP Wesley-Kiepea conducted the follow-up examination on October 19, 2022. (*Id.* ¶212). She noted that he had an upcoming urology appointment and offered to prescribe him adult diapers for his incontinence, but he declined. (*Id.*)

On October 25, 2022, RN Darrup saw Vega in triage for complaints of painful urination, swelling around his penis, and an inability to retract his foreskin. (*Id.* ¶213). She examined his penis and noted that it appeared constricted and swollen with small excoriations. (*Id.*) She consulted with PA

Williams, who ordered 12 units of insulin and told him to increase his use of triamcinolone cream to the affected area from once a day to four times a day. (*Id.*) Vega was placed on mandatory sick call for the next day. (*Id.*)

On October 26, 2022, Vega was seen by Dr. Wheeler with complaints that he could not retract his foreskin, his mouth was dry, and he was urinating a lot. (*Id.* ¶214). Wheeler noted that Vega had not taken his Metformin since October 18. (*Id.*) Wheeler assessed him with phimosis[27] and diabetes in poor control. (*Id.*) Wheeler gave him a treatment card for twice-a-day accuchecks three times a week. (*Id.*) He prescribed him 12 units of Novolin R. (*Id.*) Wheeler advised him that his foreskin would not heal unless his blood sugar came down. (*Id.*)

Later on October 26, 2022, RN Darrup triaged Vega for a hyperglycemic episode around 7:00 p.m. (*Id.* ¶215). Darrup noted that Vega had not been compliant with his diabetes treatment and that his blood glucose level was 385 when he arrived for triage. (*Id.*) Darrup contacted PA Williams who ordered 8 units of insulin. (*Id.*) Darrup and other nurses in the unit tried to educate him on proper compliance with his diabetes medication and advised him to come to sick call the following day. (*Id.*) CRNP Wesley-

[27] Phimosis is an inability to retract the foreskin in uncircumcised males. *Phimosis*, WIKIPEDIA, https://en.wikipedia.org/wiki/Phimosis (last visited Aug. 5, 2026).

Kiepea saw him for a follow-up appointment the following day on October 27, 2022, and admitted him into the infirmary for observation. (*Id.* ¶216).

On October 28, 2022, Vega was seen by Dr. Bora-Saikia, who noted that he not been taking his Metformin or drinking enough water. (*Id.* ¶217). Dr. Bora-Saikia started him on Semglee, an insulin treatment. (*Id.*) She assessed him with diabetes mellitus with mild diabetic ketoacidosis. (*Id.*) She ordered that he received 1 liter of IV fluids, an additional 5 units of Semglee, and then 10 units of Semglee daily. (*Id.*) Nurses recorded his blood sugar, administered insulin and IV fluids, and allowed him to return to his housing unit. (*Id.*)

On October 29, 2022, RN Margaret Ward attempted to obtain a urine sample from Vega, but he refused, stating "I should have been sent out to the hospital; I'm not peeing in a cup again or being a guinea pig." (*Id.* ¶218). Ward noted that his blood sugar was 587 and administered insulin. (*Id.*) She then informed PA Mummey. (*Id.*) Mummey came to see Vega the same day. (*Id.* ¶219). Mummey examined him and recommended an increased insulin dose based on his elevated glucose levels. (*Id.*)

Vega was admitted to the infirmary for monitoring. (*Id.* ¶220). While in the infirmary, he told RN Darrup, "I will stay here tonight, but if I am not out of here by 9:00 tomorrow morning I am never coming back to medical again,

you have my word." (*Id.*) Vega refused to allow nurses to check his blood sugar or administer IV fluids. (*Id.*) Approximately an hour after arriving in the infirmary, Vega complained of blurry vision, excessive thirst, and weakness. (*Id.*) Dr. Bora-Saikia ordered that he be sent to the emergency room. (*Id.*) Vega allowed RN Behler to check his vitals and blood sugar so that the information could be shared with the hospital. (*Id.*)

Vega arrived at the hospital at around 10:30 p.m. (*Id.* ¶221). After an examination, he returned to SCI-Mahanoy at 2:00 a.m., where he was placed in the infirmary for observation. (*Id.* ¶222). PA Mummey saw him for a follow-up appointment, noting that his hospital workup showed no evidence of diabetic ketoacidosis and that his blood sugar level had improved. (*Id.* ¶223). Mummey increased his prescribed dose of Semglee. (*Id.*) He then discharged him to his blocks with orders to comply with blood sugar accuchecks three times a day. (*Id.*) Mummey also advised him on the importance of complying with his insulin treatment for his diabetes. (*Id.*)

On October 31, 2022, Vega was hyperglycemic with a blood sugar level of 485, but refused to have RN Mack give him insulin. (*Id.* ¶224). Vega told Mack "I am not taking that it could kill me, they are playing games with me, and I'm not signing the refusal either." (*Id.*) Vega again refused insulin

from RN Behler on November 1, 2022, telling her, "I don't need it, I get too much insulin." (*Id.* ¶225).

Vega was seen by PA Williams for mandatory sick call later on November 1, 2022, for his insulin noncompliance. (*Id.* ¶226). Vega told Williams, "I am not going to take something when it is not working and I am being treated like a guinea pig with this insulin, there is something causing my high sugars." (*Id.*) Williams tried to explain to him that the insulin was not causing his high blood sugar, but Vega stated that "there is something more" and that he would not take a medication for control. (*Id.*) At 11:10 a.m. on November 1, 2022, RN Behler noted that Vega's blood sugar level was 426, but that he did not report any symptoms of hyperglycemia. (*Id.* ¶227). Vega again refused to take insulin. (*Id.*)

On November 2, 2022, Vega was seen CRNP Wesley-Kiepea for mandatory sick call. Vega told her "Yesterday, I did not eat anything and when I came up here, my sugar was high; last night I ate a little bit of food and this morning my sugar is 438, I think something is wrong, I am not going to take that insulin, I will not be used as a guinea pig, this morning my sugar is high and I did not eat anything." (*Id.* ¶228). Wesley-Kiepea tried to educate him that his body was not producing enough insulin to counter the increase in blood sugar, which was why his blood sugar was elevated when he woke

up, but Vega told her that he knew how his body worked and that only food increased his blood sugar, which was why he was not eating. (*Id.*)

On November 3, 2022, Vega had a CT scan of his abdomen and pelvis at Geisinger Hospital. (*Id.* ¶230). The CT scan showed several non-obstructing intrarenal calculi,[28] no evidence of hydronephrosis or stones in the ureters, and no definite evidence of acute abdominal or pelvic pathology. (*Id.*) Vega continued to refuse insulin on November 3, 2022. (*Id.* ¶232).

On November 4, 2022, Vega had a urology follow-up appointment at Cedarcrest Urology with PA James McGovern. (*Id.* ¶233). Upon his return to the prison, he met with Dr. Bora-Saikia, who noted that he had no acute urology issues. (*Id.* ¶234). Vega agreed to comply with his insulin treatment, and Bora-Saikia told him that he would be housed in the infirmary if he was noncompliant again. (*Id.*)

Later on November 4, 2022, Vega was triaged by RN Victoria Pearson, with complaints that he was feeling weak, dizzy, and "off," and that he thought his "sugar is off." (*Id.* ¶235). His blood sugar level was 417. (*Id.*) Pearson placed him on sick call. (*Id.*)

---

[28] This is another medical term for kidney stones. *Kidney Stones*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/kidney-stones/symptoms-causes/syc-20355755 (last visited Aug. 5, 2026).

On November 7, 2022, a finger stick showed that his blood sugar level was 530, and a urine dip test showed trace ketones. (*Id.* ¶236). Dr. Bora-Saikia ordered him to be admitted into the infirmary, and ordered 14 units of insulin and 2 liters of IV sterile saline fluids. (*Id.*) On November 8, 2022, Dr. Bora-Saikia examined him, noting that he had been admitted for noncompliance issues and mild diabetic ketoacidosis with blood sugars in the 400-500 ranger and trace ketones in his urine. (*Id.* ¶238).

On November 8, 2022, Vega was transported to Lehigh Valley Cedar Crest Hospital for an appointment with Dr. Vijaykumar Sekar, an endocrinologist. (*Id.* ¶239). After conducting the examination, Dr. Sekar noted that he would repeat blood work and get a nuclear medicine parathyroid scan and that after the results he would refer him to surgery for a parathyroidectomy. (*Id.*)

On November 11, 2022, Vega had a blood sugar level of 500 at 7:35 a.m. (*Id.* ¶240). Behler gave him 32 units of Semglee and 12 units of regular insulin. (*Id.*) Behler told him to return for another blood sugar check at 11:00 a.m. (*Id.*) When Vega's blood sugar insulin remained over 400 at 2:30 p.m. that day, CRNP Wesley-Kiepea admitted him into the infirmary. (*Id.* ¶242).

Vega failed to fully comply with his insulin treatment between November 13 and November 18. (*Id.* ¶244). On November 16, 2022, he told

RN Mack, "I think I am insulin resistant, I am not taking this, I am going to eat and see what I am later on." (*Id.*) On November 18, 2022, Dr. Wheeler noted that his blood sugar level was 523, and increased his insulin dosage. (*Id.*)

On November 24, 2022, Vega saw RN Gutzeit for a triage appointment for complaints of abdominal pain, constipation, and rectal bleeding. (*Id.* ¶246). Gutzeit placed him on mandatory sick call for the next day. (*Id.*) CRNP Wesley-Kiepea saw him for a follow-up appointment on November 25, 2022, and assessed the issue as constipation and hemorrhoids. (*Id.*) She ordered a hemorrhoidal suppository and told him to increase his fluid intake and continue taking Miralax for constipation. (*Id.*)

On December 14, 2022, Vega was seen by CRNP Wesley-Kiepea for a blood sugar evaluation. (*Id.* ¶251). Wesley-Kiepea conducted a physical examination, checked his blood sugar level, which was 423, and educated him on the importance of complying with his diabetes medication. (*Id.*) Vega told her, "understand, you are not meeting my needs, liver and kidneys, and I am not eating which is why my sugar is getting high." (*Id.*)

On December 18, 2022, Vega was triaged by RN Mack with complaints of bilateral flank pain and nausea. (*Id.* ¶252). Mack gave him Zofran and Motrin, told him to increase his fluid intake, and put him on mandatory sick

call for the following day. (*Id.*) The following day he met with Wesley-Kiepea and told her "yesterday I had pain in my kidneys, last night I had pain in my liver, I moved to one side and it felt like someone chapped my liver, pain has not gotten any better or worse, it's the same, this is the last time I come up here." (*Id.* ¶253). Wesley-Kiepea examined him and discussed his condition with Dr. Bora-Saikia, and they placed him in the infirmary for observation. (*Id.*) Dr. Bora-Saikia examined Vega on the morning of December 20, 2022. (*Id.* ¶254). She encouraged him to increase his fluid intake and said that an ultrasound should be done. (*Id.*) Behler discharged him back to his block later that day. (*Id.*)

ON January 6, 2023, Vega refused an insulin dose from RN Joshua Lech. (*Id.* ¶255). The next day, he was triaged by RN Darrup with reports of abdominal pain, nausea, and vomiting several times over the past three days. (*Id.* ¶256). After conducting an examination and an EKG, Darrup informed PA Williams of Vega's condition, and Williams directed him to be sent to Lehigh Valley emergency room. (*Id.*) At the hospital he was examined by Dr. Jonathan S. Reisman, before being discharged back to the prison shortly after midnight on January 8, 2023. (*Id.* ¶257). He was admitted into the infirmary upon his return to the prison, but then discharged to his block on the morning of January 8, 2023. (*Id.* ¶258).

On January 13, 2023, Vega had an appointment with Dr. Jacques Leclerc to discuss his cryptogenic cirrhosis. (*Id.* ¶259). Leclerc noted that Vega had compensated cirrhosis—"an early stage of severe liver scarring where the liver still functions relatively well, often causing no symptoms or only mild fatigue, weakness, or anemia." (*Id.*) Leclerc ordered an ultrasound to check for hepatic cancer and ordered a follow-up appointment with Dr. Miceli. (*Id.*)

Vega refused insulin doses on January 20, 2023, January 28, 2023, and January 31, 2023. (*Id.* ¶¶260, 262). On February 8, 2023, he was triaged by RN Ward with complaints of abdominal pain, nausea with dry heaves, chest pain, and shortness of breath. (*Id.* ¶264). Ward referred him to Dr. Bora-Saikia. (*Id.*) After conducting an examination, Bora-Saikia sent him to the emergency room at Lehigh Valley Hospital. (*Id.* ¶265).

Upon his arrival at the emergency room, Vega was admitted into the hospital and remained there until February 14, 2023. (*Id.* ¶266). Doctors at the hospital suspected that he was suffering from cholecystitis, i.e., gall bladder inflammation, but subsequent testing revealed that this was not the case. (*Id.*) A gastroenterologist determined that there was no need for an additional GI endoscopy. (*Id.*) The doctors at the hospital recommended a CT angiogram of Vega's abdomen and pelvis in an outpatient setting. (*Id.*)

Vega returned to SCI-Mahanoy on February 14, 2023, and RN Hale admitted him into the infirmary. (*Id.* ¶267). After Dr. Bora-Saikia examined him on February 14, 2023, and February 15, 2023, she discharged him back to his block. (*Id.* ¶¶267-68).

Later on February 15, 2023, Vega was triaged by RN Darrup because he was "not feeling well." (*Id.* ¶269). He noted, "they don't have any answers but I just don't feel good." (*Id.*) Darrup put him on mandatory sick call for the following day. (*Id.*) PA Catherine Fisher conducted the follow-up examination the following day, prescribed Zofran for nausea as needed, and told him that he might feel more tired, dizzy, and drained than usual because he had just spent a week in the hospital. (*Id.* ¶270).

On February 23, 2023, Vega was triaged by RN Gutzeit for abdominal pain. (*Id.* ¶271). Gutzeit noticed three firm lumps on the right side of his abdomen and sent him to the emergency room. (*Id.*) He remained in the emergency room for approximately five hours before returning to the prison in the early morning hours of February 24, 2023. (*Id.*) At the hospital he was examined by Dr. Reisman, who conducted a CT scan that showed no acute findings. (*Id.*) Reisman prescribed him Oxycodone, Zofran, and Pepcid, and stated that he would need to follow up with an endocrinologist for his hypercalcemia. (*Id.*) After Vega returned to the prison on February 24, 2023,

RN Kim Murray admitted him into the infirmary. (*Id.* ¶273). PA Williams subsequently examined Vega while he was in the infirmary. (*Id.* ¶274).

On March 14, 2023, Vega had a chronic clinic and preventative health assessment appointment with Dr. Baddick. (*Id.* ¶275). Baddick noted that Vega had requested evaluation by Temple University Infection Control for possible treatment of Hepatitis C, and Baddick agreed that he would refer him for this if Hepatitis C was indicated. (*Id.*) On March 21, 2023, Vega refused insulin, stating that he did not take insulin. (*Id.*)

On April 2, 2023, Vega was triaged by RN Ward with complaints of abdominal and back pain. (*Id.* ¶277). After examining him, Ward contacted Dr. Bora-Saikia, who admitted him into the infirmary. (*Id.*) Bora-Saikia examined him on April 3, 2023, and her assessment was chronic pain of unclear etiology, NASH or ASH cirrhosis, and hypercalcemia due to primary hyperparathyroidism. (*Id.* ¶278). Bora-Saikia noted that he had been noncompliant with his insulin treatment and stated that she would discontinue it and keep him on Farxiga and Metformin. (*Id.*)[29]

---

[29] Vega's currently operative amended complaint was filed on May 4, 2023, (Doc. 59), and he has neither sought nor obtained leave to amend the complaint to include facts that occurred after that date. Thus, although defendants have provided a brief summary of facts that occurred after that date, the court finds that these facts are not relevant to Vega's claims against them and will not include them in this opinion.

## IV. DISCUSSION

### A. Tort Claims Against Defendant Shah

At the outset, the court must reinstate the state law tort claims for malpractice and negligence against defendant Shah. The court previously dismissed these claims for Vega's failure to file a certificate of merit as required by Pennsylvania Rule of Civil Procedure 1042.3. (*See* Doc. 163 8-12). This ruling was required by then-controlling circuit precedent in *Liggon-Redding v. Estate of Sugarman*, 659 F.3d 258 (3d Cir. 2011). Since the court's ruling, however, *Liggon-Redding* and its progeny have been abrogated by the Supreme Court's ruling in *Berk v. Choy*, 607 U.S. 187, 199 (2026), and the Third Circuit's subsequent decision in *DiFraia v. Ransom*, 171 F.4th 622, 633 (3d Cir. 2026) explicitly recognizing that abrogation. Accordingly, the tort claims against defendant Shah will be reinstated and analyzed on their merits below.

### B. State Action by Defendant Shah

The court will next address defendant Shah's argument that he is entitled to summary judgment on Vega's civil rights claims because he was not acting under color of state law when he treated Vega. (Doc. 171 at 12-14). To establish that a defendant acted under color of state law for purposes of a Section 1983 claim, a plaintiff must show that the defendant "exercised

power possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law." *Harvey v. Plains Twp. Police Dep't*, 635 F.3d 606, 609 (3d Cir. 2011). There is no simple test for determining whether a defendant acts under color of state law, and the inquiry is specific to the facts of each case. *Kach v. Hose*, 589 F.3d 626, 646 (3d Cir. 2009). Privately employed doctors providing healthcare to inmates in a state prison pursuant to a contract with the prison may be considered state actors. *West v. Atkins*, 487 U.S. 42, 54 (1988). By contrast, several courts in this district have held that a hospital and its employee doctors may not be considered state actors when inmates are transported to the hospital for care without a contract between the prison and the hospital. *See, e.g., Butler v. Rajjoub*, No. 3:15-CV-2395, 2017 WL 515119, at *3 (M.D. Pa. Feb. 17, 2017) (Mariani, J.); *Hernandez v. Palakovich*, No. 1:05-CV-1655, 2010 WL 4683822, at *7 (M.D. Pa. Nov. 10, 2010) (Kane, J.); *Fullman v. Pa. Dep't of Corrs.*, No. 4:07-CV-79, 2007 WL 257617, at *2 (M.D. Pa. Jan. 25, 2007) (McClure, J.).

In this case, Judge Conner previously denied defendant Shah's motion to dismiss for lack of state action, finding that a factual record needed to be developed on this issue. (Doc. 110 at 19-20). Shah now argues that on a complete record, there is no evidence that he had a contract with the DOC

and therefore no basis to conclude that he acted under color of state law. (Doc. 171 at 12-14).

Vega has not produced any contract between Shah and the DOC in response to Shah's argument. Instead, he argues that Shah's employer, Geisinger Medical Center, has a contract with the DOC's third-party medical services subcontractor, Wellpath. (Doc. 184 at 6). The only evidence he offers to support this assertion, however, is a request for his medical records directed from Wellpath to a different hospital, Lehigh Valley-Schuylkill Medical Center. (*See* Doc. 184-1 at 2). This document clearly does not constitute a contract, and even if it did neither Shah nor his employer is a party to the contract. Accordingly, there is no evidence in the record that Shah had a contract with the DOC. Given this absence of evidence, the court finds that Shah was not acting under color of state law when he provided medical services to Vega, and the court will grant him summary judgment on Vega's civil rights claims.

### C. Merits

Vega's claims allege deliberate indifference to a serious medical need in violation of the Eighth Amendment and malpractice and negligence under state tort law.

To succeed on a deliberate indifference claim, a plaintiff must establish "(i) a serious medical need, and (ii) acts or omissions by prison officials that indicate deliberate indifference to that need." *Natale v. Camden Cnty. Corr. Facility*, 318 F.3d 575, 582 (3d Cir. 2003) (citing *Rouse v. Plantier*, 182 F.3d 192, 197 (3d Cir. 1999)). A serious medical need is "one that has been diagnosed by a physician as requiring treatment or one that is so obvious that a lay person would recognize the necessity for a doctor's attention." *Monmouth Cnty. Corr. Institutional Inmates v. Lanzaro*, 834 F.2d 326, 347 (3d Cir. 1987). In addition, "if unnecessary and wanton infliction of pain results as a consequence of denial or delay in the provision of adequate medical care, the medical need is of the serious nature contemplated by the eighth amendment." *Id.* (citation omitted). An official acts with deliberate indifference when he "knows of and disregards an excessive risk to inmate health or safety; the official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference." *Farmer v. Brennan*, 511 U.S. 825, 837 (1994).

When defendants have provided medical care to a prisoner plaintiff, the care is presumed to be proper "absent evidence that it violates professional standards of care." *Pearson v. Prison Health Serv.*, 850 F.3d

526, 535 (3d Cir. 2017) (citing *Brown v. Borough of Chambersburg*, 903 F.2d 274, 278 (3d Cir. 1990)). Failure to properly diagnose a plaintiff's medical condition does not constitute deliberate indifference. *Estelle v. Gamble*, 429 U.S. 97, 105-06 (1976). And a mere disagreement as to the proper medical treatment does not constitute deliberate indifference. *Pearson*, 850 F.3d at 535 (citing *Lanzaro*, 834 F.2d at 346). In cases where a plaintiff alleges that he was given medical care but that the care was inadequate, "medical expert testimony may be necessary" where "the jury would not be in a position to determine that the particular treatment or diagnosis fell below a professional standard of care." *Id.* at 536.

In this case, it is clear from the record that Vega has had a serious medical need at all relevant times. It is also clear that he has been given extensive medical treatment throughout the relevant period. The sole question is whether this treatment was inadequate. The court finds that medical expert testimony would be needed for Vega to establish that his treatment was inadequate. Vega argues that his claims should survive summary judgment because defendants failed to promptly conduct an endoscopy or biopsy, failed to promptly or properly diagnose the cause of his liver issues and hyperparathyroidism, and failed to provide an adequate

treatment plan for his cirrhosis.[30] (Doc. 184 at 6-10, Doc. 188 at 5-16). Whether these actions fall below a professional standard of care is clearly not something a jury of lay people could decide without the aid of an expert witness. Vega also argues that his claims should survive summary judgment because medication prescribed by defendant Williams and others caused or worsened his liver damage. (Doc. 188 at 3, 13-14). He offers no evidence to support this assertion, but even if he did, this issue of causation is clearly beyond the ken of a jury of lay people. Accordingly, because expert testimony would be necessary to establish deliberate indifference to a serious medical need and Vega has not produced any expert reports to support his claims, the court will grant summary judgment to all defendants on the deliberate indifference claim.[31]

The lack of expert testimony similarly dooms Vega's malpractice and negligence claims. To succeed on malpractice or negligence claims under

[30] Vega also argues that several issues have already been decided at the motion to dismiss to stage and may not be relitigated based on the law of the case doctrine. (Doc. 184 at 10-11). This argument is meritless. A decision addressing a motion to dismiss does not constitute law of the case for a subsequent ruling on a motion for summary judgment in the same case. *Wiest v. Tyco Elecs. Co.*, 812 F.3d 319, 329-30 (3d Cir. 2016).

[31] Although defendant Little has moved to dismiss the complaint against him rather than moving for summary judgment, the court will grant summary judgment to him on the same basis as all other defendants because summary judgment is clearly supported by the record.

Pennsylvania law, To state claims for negligence or medical malpractice under Pennsylvania law, a plaintiff must prove (1) that the defendant owed him a duty of care; (2) that the defendant breached the duty; (3) that the defendant's breach caused the plaintiff injury; and (4) that the plaintiff suffered actual loss or damage as a result. *Brewington ex rel. Brewington v. City of Philadelphia*, 199 A.3d 348, 355 (Pa. 2018); *Quinby v. Plumsteadville Family Practice, Inc.*, 907 A.2d 1061, 1070 (Pa. 2006). "Because the negligence of a physician encompasses matters not within the ordinary knowledge and experience of laypersons a medical malpractice plaintiff must present expert testimony to establish the applicable standard of care, the deviation from that standard, causation and the extent of the injury." *Toogood v. Owen J. Rogal, D.D.S., P.C.*, 824 A.2d 1140, 1145 (Pa. 2003). The sole exception to the expert testimony requirement is when the case presents an instance of *res ipsa loquitur*—that is, "where the matter is so simple or the lack of skill or care so obvious as to be within the range of experience and comprehension of even non-professional persons." *Id.* (*citing Hightower-Warren v. Silk*, 698 A.2d 52, 54 n.1 (Pa. 1997)).

Here, whether the medical decisions made by the defendants fell below the relevant standard of professional care is clearly a question that requires expert testimony. It is clearly beyond the knowledge and experience

of a lay person to determine when and how to diagnose kidney problems, hyperparathyroidism, or cirrhosis of the liver, when an endoscopy or biopsy is medically necessary, or whether a prescribed medication could have caused or worsened a person's liver conditions. Accordingly, summary judgment will also be granted to all defendants on the malpractice and negligence claims.

## V. CONCLUSION

For the foregoing reasons, the court will defendants' motions for summary judgment, grant summary judgment in favor of all remaining defendants, and close this case. An appropriate order shall issue.

**Malachy E. Mannion**
**United States District Judge**

**Dated:** 8/7/26
22-593-02